UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR 19-87 WMW/LIB |
| Plaintiff, | 18 U.S.C. § 113(a)(3) |
| | 18 U.S.C. § 113(a)(6) |
| v. | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| DAYTON GAGE LUSSIER, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Assault with a Dangerous Weapon)

On or about September 4, 2016, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**DAYTON GAGE LUSSIER,**

an Indian, did assault victim A.L.N. with a dangerous weapon, namely a tire iron, with intent to do bodily harm, all in violation of Title 18, United States Code, Sections 113(a)(3), 1151, and 1153(a).

### COUNT 2
(Assault Resulting in Serious Bodily Injury)

On or about September 4, 2016, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**DAYTON GAGE LUSSIER,**

an Indian, did assault victim A.L.N. resulting in serious bodily injury, all in violation of Title 18, United States Code, Sections 113(a)(6), 1151, and 1153(a).

SCANNED
MAR 20 2019
U.S. DISTRICT COURT MPLS

<u>United States v. Dayton Gage Lussier</u>

A TRUE BILL

_____  _____
UNITED STATES ATTORNEY        FOREPERSON